IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2007 JUN 28 PM 1:32
GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

Criminal Case No. 07-mj-01145

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**WILLIE DEWAYNE CLARK,**
    a/k/a "Little Lett,"

    Defendant.

---

**ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

---

Upon petition of the United States and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue the said writ to the United States Marshal's Service requiring said United States Marshal to produce said defendant before a United States Magistrate Judge, for proceedings and appearances upon the charge aforesaid, and to hold him at all times in his custody as an agent of the United States of America until final disposition of the defendant's case, thereafter to return the defendant to the institution wherein now confined, if deemed necessary.

SO ORDERED this 28th day of June, 2007.

_____
UNITED STATES MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO