IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 07-cr-00184-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10. WILLIE CLARK,
    a/k/a "Little Lett,"

      Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to produce Willie Clark before a United States Judge forthwith for proceedings and appearances upon the charges in the Indictment, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

Dated: December 8, 2008.

                            BY THE COURT:

                            s/ Wiley Y. Daniel
                            WILEY Y. DANIEL,
                            CHIEF UNITED STATES DISTRICT JUDGE